JS6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDUARDO LOPEZ, individually and on behalf of others similarly situated,<br><br>    Plaintiff,<br><br>    vs.<br><br>SPECTRUM BUILDING SERVICES OF SOUTHERN CALIFORNIA, a California corporation; SPECTRUM BUILDING SERVICES OF AMERICA, entity type unknown; and DOES 1 through 50, inclusive,<br><br>    Defendants. | Case No. 8:24-cv-01677-DOC-JDE<br><br>**ORDER GRANTING JOINT STIPULATION TO REMAND TO STATE COURT [21]**<br><br>Action Filed:  June 17, 2024<br>Trial Date:  None<br>Removal Filed:  August 1, 2024 |

//
//
//
//
//
//
//
//
//
//

On September 6, 2024, Plaintiff Eduardo Lopez ("Plaintiff") and Defendants Spectrum Building Services of Southern California and Spectrum BSA, Inc. (sued as Spectrum Building Services of America) (collectively "Spectrum" or "Defendants") filed a stipulation to remand this matter to state court.

The Court, having considered the parties' Request, and finding good cause therefor, hereby GRANTS the Request and ORDERS as follows:

IT IS HEREBY ORDERED THAT

1. This matter shall be remanded back to the California Superior Court for the County of Orange on the earliest practicable date. Further hearings and deadlines in this matter are vacated.

2. Spectrum's pending motion to compel arbitration (Dkt. 12) is deemed withdrawn without prejudice. Spectrum may move to compel arbitration in state court once the transfer of jurisdiction is complete, retaining all rights that existed on the date Spectrum filed its Notice of Removal. Plaintiff similarly reserves all arguments that existed on that date and might arise after the state court resumes jurisdiction.

3. The Parties waive their right to recover any fees and costs associated with Spectrum's motion to compel arbitration filed in this Court.

4. The Parties waive their right to recover any fees and costs associated with the removal and remand of this matter.

5. Scheduling Conference is hereby vacated and removed from calendar. Request to appear remotely (Dkt. 18) is terminated as moot.

**IT IS SO ORDERED.**

DATED: September 6, 2024

Hon. David O. Carter
United States District Judge